IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-276 |
| | ) |
| $9,332.00 IN UNITED STATES CURRENCY, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 25th day of April, 2007, upon consideration of the United States' Motion to Dismiss without Prejudice, it is hereby ORDERED, ADJUDGED, AND DECREED, that the above-captioned case is dismissed without prejudice.

_____
                                                                                                J.